COPY

VIA FAX

1  Robert C. O'Brien (SBN 154372)
   Email: o'brien.robert@arentfox.com
2  David G. Bayles (SBN 208112)
   Email: bayles.david@arentfox.com
3  ARENT FOX LLP
   555 West Fifth Street, 48th Floor
4  Los Angeles, CA 90013-1065
   Telephone: 213.629.7400
5  Facsimile: 213.629.7401

6  Attorneys for Plaintiff
   CHRISTOPHER B. BURNHAM

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  CHRISTOPHER B. BURNHAM,          Case No.  08 2747
    Citizen of the State of Maryland,
12
                    Plaintiff,
13                                   COMPLAINT FOR DAMAGES AND
    v.                               INJUNCTIVE RELIEF
14
    QIANG DU, a Citizen of the State of
15  California,                      JURY TRIAL DEMANDED

16                  Defendant.

17

18      Plaintiff Christopher B. Burnham ("Burnham"), by and through his attorneys

19  of record, for his Complaint against defendant Qiang Du ("Qiang Du") states as

20  follows:

21                  JURISDICTION AND VENUE

22      1.    Jurisdiction is proper pursuant to 28 U.S.C. § 1332 because there

23  exists complete diversity of citizenship between the parties and the amount in

24  controversy exceeds $75,000, exclusive of interest and costs.

25      2.    Burnham is informed and believes and on that bases alleges that venue

26  is proper in this district pursuant to 28 U.S.C. § 1391 because Qiang Du resides in

27  the Northern District of California.

28  ///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

                                    COMPLAINT

**PARTIES**

3.     Burnham is a Citizen of the State of Maryland.

4.     Burnham is informed and believes and on that basis alleges that Qiang Du is a Citizen of the State of California.

**FIRST CLAIM FOR RELIEF**

**CONVERSION**

(Against Defendant Qiang Du)

5.     Burnham re-alleges and incorporates paragraphs 1-4 herein by this reference as though fully set forth herein.

6.     Burnham is the sole legal and equitable owner of all right, title and interest in the domain name MYH.com.  Burnham purchased the domain name MYH.com in February 2000 for $7,500 and registered it at that time with NetworkSolutions ("NS"), which Burnham is informed and believes is a Registrar accredited by ICANN to register ".com" domain names.  As of March 4, 2008, Burnham's registration of MYH.com with NS was paid through approximately 2009.  Pursuant to Burnham's agreement with NS, he submitted his registration and renewal requests for MYH.com to NS via email.  The email address Burnham used to submit his registration request to NS and authorize renewals was cbburnham@msn.com.

7.     In September 2001, Burnham moved to Washington, D.C., to begin employment with the U.S. Department of State as Assistant Secretary and Chief Financial Officer of the U.S. Department of State.  Burnham was nominated by the President of the United States for that position.  Burnham was confirmed to serve by the United States Senate in January 2002.  In February 2005, the President of the United States appointed Burnham acting Under Secretary of State for Management of the U.S. Department of State.  In June 2005, Burnham was appointed Under Secretary General of the United Nations for management by Secretary General Kofi Annan.

8.    During the period of Burnham's government service he did not, nor did he need to, concern himself with maintenance of his registration with NS for MYH.com because it was paid through approximately 2009 as indicated above. During his work for the United States government and the United Nations, Burnham did not maintain the email address cbburnham@msn.com.  Burnham is informed and believes that his email address lapsed in or about September 2001, when he relocated to Washington, D.C., to begin work for the U.S. Department of State.

9.    Burnham completed his service to the United Nations in November 2006 and he returned to private life.  On April 24, 2008, Burnham learned from NS that NS no longer listed him as record owner of the registration for MYH.com.  NS informed him on that date via email that, "transfer of the (MYH.com) domain on 3/4/2008 was authorized through the Primary/Legal Contacts email address, cbburnham@msn.com," and that since that time (i.e., on or after March 4, 2008) MYH.com was "transferred away" from NS.

10.    In subsequent communications with NS, Burnham was informed that the new registrar for MYH.com was "GoDaddy," which Burnham is informed and believe is GoDaddy.com, Inc., also a Registrar accredited by ICANN to register ".com" domain names.  The "WHOIS" records for MYH.com, beginning in or about April 24, 2008, and continuing until the signing of this Complaint, show that the current Registrar of MYH.com is GoDaddy.com, Inc. and the registrant, administrative and technical contact for MYH.com is "Qiang Du, 800 West El Camino Real, #180, Mountain View, CA  94040, United States."

/ / /

/ / /

/ / /

/ / /

/ / /

11.    Burnham does not know Qiang Du.  Burnham did not sell or otherwise authorize the transfer of MYH.com to Qiang Du or to any other person.  Burnham is informed and believes from the circumstances set forth above that Qiang Du and/or his agents, employees, partners or co-conspirators, acting within the course and scope of the agency, employment, partnership or conspiracy relationship with Qiang Du, retrieved cbburnham@msn.com from the lapsed condition in which Burnham left it during his government service, contacted NS without Burnham's knowledge or authorization via cbburnham@msn.com falsely impersonating Burnham and then requesting and accomplishing the fraudulent transfer of record ownership of MYH.com from Burnham to Qiang Du.  In sum, Qiang Du has wrongfully converted MYH.com to Qiang Du's own personal use and possession.

12.    Burnham is informed and believes that three-letter ".com" domain names are rare and that, as of March 4, 2008, and continuing to the present, three-letter ".com" domain names have an e-commerce fair market value in excess of $100,000, regardless of which three letters are in the domain name and regardless of the order of the three letters.  Burnham has expended considerable time and money pursuing the recovery of record ownership of MYH.com.  Accordingly, Qiang Du's theft of record ownership of MYH.com has damaged Burnham in an amount according to proof, but at least in the amount of $100,000, plus attorneys' fees and costs.

13.    In addition, since Qiang Du's acts alleged above were willful, wanton, malicious, oppressive and taken with the intent to defraud, an award of exemplary and punitive damages is justified.

## PRAYER FOR RELIEF

WHEREFORE, Burnham prays for judgment against Qiang Du as follows;

1.    For a preliminary and permanent injunction ordering Qiang Du to transfer record ownership of MYH.com to Burnham and/or ordering GoDaddy to transfer record ownership of MYH.com to Burnham;

2.      For Burnham's actual damages for the theft of MYH.com and Qiang Du's profits from the use of MYH.com to be determined at trial plus interest;

3.      For actual, exemplary and punitive damages for Qiang Du's willful, wanton, malicious and oppressive conduct;

4.      For costs of suit;

5.      For attorneys' fees to the extent allowable by law;

6.      For such other and further relief as the Court may deem just and proper.

DATED:  June 2, 2008                          **ARENT FOX LLP**

By: _____

DAVID G. BAYLES
Attorneys for Plaintiff Christopher B. Burnham

## DEMAND FOR TRIAL BY JURY

Pursuant to Federal Rule of Civil Procedure 38(b), plaintiff Christopher B. Burnham hereby demands a trial by jury as to all triable claims in this action.

DATED:  June 2, 2008                          **ARENT FOX LLP**

By: _____

DAVID G. BAYLES
Attorneys for Plaintiff Christopher B. Burnham