1  Robert C. O'Brien (SBN 154372)
   Email: o'brien.robert@arentfox.com
2  David G. Bayles (SBN 208112)
   Email: bayles.david@arentfox.com
3  ARENT FOX LLP
   555 West Fifth Street, 48th Floor
4  Los Angeles, CA 90013-1065
   Telephone: 213.629.7400
5  Facsimile: 213.629.7401

6  Attorneys for Plaintiff
   CHRISTOPHER B. BURNHAM
7

**E-Filed 9/26/08**

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | CHRISTOPHER B. BURNHAM, a         Case No. 08 CV 2747 JF (PVT)
   | Citizen of the State of Maryland,
12 |
   |            Plaintiff,             **STIPULATION AND [PROPOSED]**
13 |                                   **ORDER TO CONTINUE CASE**
   | v.                                **MANAGEMENT CONFERENCE**
14 |                                   **AND RELATED DEADLINES**
   | QIANG DU, a Citizen of the State of
15 | California,                       **Current Hearing**
   |                                   **Initial Case Management Conference**
16 |            Defendant.             Date: October 10, 2008
   |                                   Time: 10:30 A.M.
17 |                                   Courtroom 3

18                                     **Proposed Hearing**
                                       Date: December 12, 2008
19                                     Time: 10:30 A.M.
                                       Courtroom 3
20

21

22

23

24

25

26

27

28

# **STIPULATION**

**WHEREAS** defendant Qiang Du ("Du") is the current registrant of the domain name MYH.com ("MYH.com"), the principal subject of the above-referenced action, and GoDaddy.com, Inc. ("GoDaddy") is the current registrar;

**WHEREAS** shortly after the filing of the Complaint in the above-referenced action, plaintiff Christopher B. Burnham ("Burnham") and Du, by and through their counsel, commenced negotiations to resolve the action by the transfer of the registration of MYH.com from Du to Burnham;

**WHEREAS** MYH.com is currently locked by GoDaddy from transfer pursuant to the filing of the Complaint in this action and GoDaddy refused to agree to the mechanism for the transfer of MYH.com proposed by Burnham and Du during their negotiations;

**WHEREAS** GoDaddy has since proposed an alternative procedure to accomplish the transfer of MYH.com and Burnham and Du have reached an agreement as to the procedure for transfer of MYH.com on the terms proposed by GoDaddy, plus additional terms which are irrelevant to GoDaddy, and Burnham and Du are in the process of documenting their agreement;

**WHEREAS** Burnham and Du have agreed, among other things, that GoDaddy will transfer MYH.com to Burnham and then lock MYH.com from further transfer, after which Burnham will request dismissal of the above-referenced action; and,

**WHEREAS** Burnham has not filed the proof of service of the Complaint on Du because of the prompt and effective settlement negotiations.

/ / /

/ / /

1  **NOW THEREFORE**, Burnham and Du request that the Court find there is
2  GOOD CAUSE to allow the case to proceed for sixty additional days without the
3  filing of the proof of service of the Complaint and to continue all of the deadlines
4  set forth in the "Order Setting Initial Case management Conference and ADR
5  Deadlines" for sixty additional days, including continuing the Case Management
6  Conference for sixty days to December 12, 2008, or a date thereafter that is
7  convenient for the Court, to allow time for the parties to finish documenting the
8  settlement and for GoDaddy to transfer MYH.com to Burnham. Concurrence in the
9  filing hereof has been obtained from Mr. McGreevy per General Order 45.

10 DATED: September 24, 2008        **Stipulated and Agreed to**:
                                     ARENT FOX LLP
11
12                                   By:  _____/S/_____
                                          David G. Bayles
13                                        Attorneys for Plaintiff Christopher
                                          Burnham
14
15 DATED: September 24, 2008        **Stipulated and Agreed to**:
                                     MCGREEVY & HENLE, LLP
16
17                                   By:  _____/S/_____
                                          Peter R. McGreevy, Esq.
18                                        Attorneys for Defendant Qiang Du

19                            **[PROPOSED] ORDER**

20   Based upon the foregoing stipulation, the Court hereby finds there is GOOD
21 CAUSE to allow the case to continue an additional sixty days without the filing of
22 the proof of service of the Complaint and continues all deadlines set forth in the
23 Order Setting Initial Case Management Conference and ADR Deadlines for sixty
24 days, including the Case Management Conference which is hereby reset for
25 ___12/12/08_____.

26 **IT IS SO ORDERED.**

27 Dated: ___9/26/08_____          _____
                                                 United States District Court Judge
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Burnham v. Du**
**U.S. District Court, Northern District of California Case No. 08 CV 2747 JF (PVT)**
**PROOF OF SERVICE**

I am a citizen of the United States. My business address is Arent Fox LLP, 555 West 5th Street, Los Angeles, CA 90013. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause. On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

**Stipulation and [Proposed] Order to Continue Case Management Conference and Related Deadlines**

☐ (BY FAX) I transmitted via facsimile, from facsimile number (213) 629-7401, the document(s) to the person(s) on the attached service list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is attached to this Proof of Service.

☒ **(BY MAIL)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

☐ **(BY E-MAIL)** by personally transmitting the foregoing document(s) via electronic e-mail to the e-mail addresses of all parties.

☐ (BY PERSONAL SERVICE) On this date, I caused to be delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list.

☐ (BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) on the within service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

      Peter R. McGreevy, Esq.
      McGreevy & Henle, LLP
      131 Union Avenue
      Riverhead, NY 11901

☒ (Federal) I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 25, 2008 at Los Angeles, California.

                        /s/
                        Barbara Anderson

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -  **STIPULATION AND [PROPOSED] ORDER RE: CMC**