Robert C. O'Brien (SBN 154372)
Email: o'brien.robert@arentfox.com
David G. Bayles (SBN 208112)
Email: bayles.david@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Plaintiff
CHRISTOPHER B. BURNHAM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER B. BURNHAM, a Citizen of the State of Maryland,<br><br>Plaintiff,<br><br>v.<br><br>QIANG DU, a Citizen of the State of California,<br><br>Defendant. | Case No. 08 CV 2747 JF (PVT)<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND [PROPOSED] ORDER** |

## STIPULATION FOR DISMISSAL

Plaintiff Christopher B. Burnham and defendant Qiang Du by and through their counsel hereby inform the Court that they have entered into a written conditional settlement agreement whereby they agreed, among other things, that the above-referenced action may be dismissed without prejudice. Accordingly, pursuant to Federal Rule 41(a)(1)(A)(ii), the parties' respectfully request that the Court dismiss the action without prejudice. Concurrence in the filing hereof has been obtained from Mr. McGreevy, counsel for defendant per General Order 45.

DATED: November 21, 2008

**Stipulated and Agreed to:**
ARENT FOX LLP

By: _____/S/_____
David G. Bayles
Attorneys for Plaintiff Christopher Burnham

DATED: November 21, 2008

**Stipulated and Agreed to:**
MCGREEVY & HENLE, LLP

By: _____/S/_____
Peter R. McGreevy, Esq.
Attorneys for Defendant Qiang Du

## [PROPOSED] ORDER

Based upon the foregoing and GOOD CAUSE appearing therefor, the above-referenced action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _____11/26/08_____

[signature]
United States District Court Judge

**Burnham v. Du**
U.S. District Court, Northern District of California Case No. 08 CV 2747 JF (PVT)
**PROOF OF SERVICE**

I am a citizen of the United States. My business address is Arent Fox LLP, 555 West 5th Street, Los Angeles, CA 90013. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause. On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

**Stipulation for Dismissal of Action and [Proposed] Order**

☐ **(BY FAX)** I transmitted via facsimile, from facsimile number (213) 629-7401, the document(s) to the person(s) on the attached service list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is attached to this Proof of Service.

☒ **(BY MAIL)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

☐ **(BY E-MAIL)** by personally transmitting the foregoing document(s) via electronic e-mail to the e-mail addresses of all parties.

☐ **(BY PERSONAL SERVICE)** On this date, I caused to be delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list.

☐ **(BY OVERNIGHT DELIVERY)** On this date, I placed the documents in envelope(s) addressed to the person(s) on the within service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

Peter R. McGreevy, Esq.
McGreevy & Henle, LLP
131 Union Avenue
Riverhead, NY 11901

☒ (Federal) I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 21, 2008 at Los Angeles, California.

_____
Barbara Anderson

---

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER